United States Bankruptcy Court
Eastern District of Tennessee

In re:                                                                    Case No. 11-11338-NWW
Jerry L Green                                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0649-1     User: johnsonmn         Page 1 of 1           Date Rcvd: May 31, 2016
                         Form ID: kordomob       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2016.
db         +Jerry L Green,    1014 Ravencrest Drive,    Chattanooga, TN 37421-4052

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2016                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2016 at the address(es) listed below:
      Barbara Sims Arthur    on behalf of Debtor Jerry L Green barb_arthur@hotmail.com,
       barbara_arthur@msn.com
      Gary E Lester    on behalf of Creditor   Citizens Savings & Loan ecf@mayfield-lester.com,
       gelecf@epbfi.com
      Gary E Lester    on behalf of Creditor   Tennessee Valley Federal Credit Union
       ecf@mayfield-lester.com,   gelecf@epbfi.com
      Gilbert B. Weisman    on behalf of Creditor   eCAST Settlement Corporation notices@becket-lee.com
      Kara L. West    chattecf@ch13-trustee.com,    chattecf@trustee13.com;chattecf@ch13cha.com
      Patti H. Bass    on behalf of Creditor   Capital One, N.A. ecf@bass-associates.com
      Patti H. Bass    on behalf of Creditor   HSBC Bank Nevada, N.A. ecf@bass-associates.com
      United States Trustee    Ustpregion08.cn.ecf@usdoj.gov
                                                                                                                                  TOTAL: 8

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

In Re:  
Jerry L Green  
xxx−xx−0712  

Case Number:  1:11−bk−11338−NWW  
Chapter:  13  

   Debtor(s)

## ORDER

    The standing Chapter 13 trustee has certified that all payments required by the Chapter 13 plan confirmed in the above−styled case have been made. Accordingly, it appears that it will be appropriate to enter a discharge in this case upon the filing by the debtor(s) of the Certification Regarding Domestic Support Obligations required by 11 U.S.C. § 1328(a).

    Moreover, the debtor(s) should already have completed the instructional course concerning personal financial management as required by 11 U.S.C. § 1328(g) and filed the statement regarding the completion of such course as required by Fed. R. Bankr. P. 1007(b)(7). If the debtor(s) has not yet done so, the debtor(s) should complete the course and file the statement certifying completion of the course within the next 21 days.

    Accordingly, the court directs each debtor to file the following within 21 days after the entry of this order:

  (1) A Certification Regarding Domestic Support Obligations using the attached form; and

  (2) A Certification About a Financial Management Course in the form prescribed by Official Form No. 423, unless the debtor(s) has already filed such a certification.

The failure to timely file either such certification may result in the closing of this case without the entry of a discharge.

   ENTER: 5/31/16



BY THE COURT

/s/  Nicholas W. Whittenburg  
UNITED STATES BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

In Re: \
Jerry L Green \
xxx−xx−0712

Case Number:  1:11−bk−11338−NWW \
Chapter:  13

Debtor(s)

## CERTIFICATION REGARDING DOMESTIC SUPPORT OBLIGATIONS

| Certification of Debtor | Certification of Joint Debtor |
|---|---|
| I hereby certify under penalty of perjury that | I hereby certify under penalty of perjury that |
| ☐ I am not required by judicial or administrative order, or by statute, to pay a domestic support obligation, as that term is defined by 11 U.S.C. § 101(14A). | ☐ I am not required by judicial or administrative order, or by statute, to pay a domestic support obligation, as that term is defined by 11 U.S.C. § 101(14A). |
| or | or |
| ☐ I am required by judicial or administrative order, or by statute, to pay a domestic support obligation, as that term is defined by 11 U.S.C. § 101(14A), **AND** all amounts payable under such order or such statute that are due on or before the date of this certification (including amounts due before the petition commencing this Chapter 13 case was filed, to the extent provided for by the Chapter 13 plan confirmed in this case) have been paid. | ☐ I am required by judicial or administrative order, or by statute, to pay a domestic support obligation, as that term is defined by 11 U.S.C. § 101(14A), **AND** all amounts payable under such order or such statute that are due on or before the date of this certification (including amounts due before the petition commencing this Chapter 13 case was filed, to the extent provided for by the Chapter 13 plan confirmed in this case) have been paid. |
| _____ \
**[SIGNATURE OF DEBTOR]** | _____ \
**[SIGNATURE OF JOINT DEBTOR]** |
| Date:_____ | Date:_____ |

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*